UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICKOLAUS CORDELL BRISTOL,

Plaintiff,

Case No. 26-cv-10456
Hon. Matthew F. Leitman

v.

ROCKY HENSLEY,

Defendant.

______________________________________/

**JUDGMENT**

In accordance with the order entered on this day,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**.

KINIKIA ESSIX
CLERK OF COURT

By: s/Holly A. Ryan
Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: August 11, 2026
Detroit, Michigan